GERALDINE SILVERMAN ; JOHN DALTON ; RUTH J. DALTON ; JOHN J. CAFFREY, SR.; EUGENE S. ZDUNIEWICZ, PLAINTIFFS-APPELLANTS, v. BOARD OF EDUCATION OF THE TOWNSHIP OF MILLBURN, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued October 7, 1975—Decided October 17, 1975.

Before Judges LYNCH, ACKERMAN and LARNER.

436

*Mr. Edward Kucharski* argued the cause for appellants.

*Mr. Steven B. Hoskins* argued the cause for respondent (*Messrs. McCarter & English,* attorneys; *Mr. Hoskins,* of counsel and on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons set forth by Judge Thomas in his opinion reported in 134 *N. J. Super.* 253 (Law Div. 1975).